1  STEPHEN M. LERNER, ESQ. (CA #176688)
   McDONOUGH HOLLAND & ALLEN PC
2  Attorneys at Law
   555 Capitol Mall, 9th Floor
3  Sacramento, California  95814
   Phone: 916.444.3900
4  Fax:    916.444.3249

5  Attorneys for Plaintiff
   Synergy Computing Business Group, Inc.

6

7

8                 UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 SYNERGY COMPUTING BUSINESS GROUP,      )  **Case No. 2:06-CV-02286-JAM-KJM**
   INC., a California corporation,        )
12                                        )  **ORDER ON STIPULATION FOR**
                           Plaintiff,     )  **DISMISSAL**
13                                        )
            v.                            )
14                                        )
   DOMINIC'S KITCHEN STORE, INC., an Illinois )
15 corporation,                          )
                                          )
16                        Defendants.     )
                                          )
17 _____)

18         WHEREAS, on January 16, 2007, a Stipulation to Dismiss plaintiff's Complaint with

19 prejudice was filed with this Court.

20         NOW, THEREFORE, IT IS HEREBY ORDERED that plaintiff's Complaint is dismissed

21 with prejudice, effective immediately.

22 DATED:   May 9, 2008

23

24                              /s/ John A. Mendez_____

25                              HON. JOHN A. MENDEZ
                                U.S. DISTRICT COURT JUDGE

26

27

28

                                    1

PDF created with pdfFactory trial version www.pdffactory.com